OWEN TURTLE v. F. RADLE, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

LOUIS SCHWARTZREICH v. WILLIAM BAUMAN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

CHARLES RICHTER v. LEWIS N. ROSENBAUM.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

BEATRICE ROSE v. JENNIE V. C. McKUNE.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

COLUMBIA CORPORATION v. SUN INSURANCE OFFICE.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

CARL SCHWARTZ and Another v. B. F. GOODRICH RUBBER COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

FIREMEN'S FUND INSURANCE COMPANY OF SAN FRANCISCO, CAL., v. JOSEPH LEVENTHAL and Another.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

CLAUDE A. PRAGER v. THE GLOBE AND RUTGERS FIRE INS. CO., INC., OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

HARRY PROTTER v. THURE G. SEAGREN and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

THE NATIONAL PARK BANK OF NEW YORK v. ROYAL CARD AND PAPER COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

GERSETA CORPORATION v. GRAMATAN NATIONAL BANK OF BRONXVILLE and Another.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

GEORGE GRAY ZABRISKIE, as Trustee, etc., v. SECOND NATIONAL BANK OF HAMILTON, OHIO.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

ERIC M. DE SHERBININ v. BREMER-WALTZ CORPORATION, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

GEORGE G. MOORE v. INVESTMENT REGISTRY OF AMERICA, INC.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

DAVID BERNSTEIN v. EDWARD S. SMITH and Others, as Executors, etc.— Motion denied, with ten dollars costs. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.

ARON SALZINGER v. WILLIAM M. BARRETT, as President, etc.— Application denied, with ten dollars costs. Order signed. Present — Dowling, Page, Merrell, Finch and McAvoy, JJ.